**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____ Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 02/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   **4-S Ranch Partners, LLC**

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names and *doing business as* names

   **Four S Ranch Partners LLC**

3. **Debtor's federal Employer Identification Number** (EIN)

   **46-3161963**

4. **Debtor's address**

   **Principal place of business**

   **264 I Street**
   **Los Banos, CA 93635-9363**
   Number, Street, City, State & ZIP Code

   **Merced**
   County

   **Mailing address, if different from principal place of business**

   P.O. Box, Number, Street, City, State & ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)

6. **Type of debtor**

   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

   ☐ Partnership (excluding LLP)

   ☐ Other. Specify: _____

Debtor **4-S Ranch Partners, LLC**
Name

Case number (*if known*) _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__1152__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

| Debtor | **4-S Ranch Partners, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**  *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**  *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ■ $500,000,001 - $1 billion |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| | | |
|---|---|---|
| Debtor | **4-S Ranch Partners, LLC** | Case number (*if known*) |
| | Name | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **February 26, 2020**
MM / DD / YYYY

X **/s/ Stephen W. Sloan**          **Stephen W. Sloan**
Signature of authorized representative of debtor          Printed name

Title **Managing Member**

**18. Signature of attorney**

X **/s/ Reno F.R. Fernandez III**          Date **February 26, 2020**
Signature of attorney for debtor          MM / DD / YYYY

**Reno F.R. Fernandez III 251934**
Printed name

**Macdonald Fernandez LLP**
Firm name

**914 Thirteenth Street**
**Modesto, CA 95354**
Number, Street, City, State & ZIP Code

Contact phone **(415) 362-0449**          Email address

**251934 CA**
Bar number and State

Filed 03/02/20   Case 20-10800   Doc 1

## RESOLUTION OF MEMBERS OF
## 4-S RANCH PARTNERS, LLC,
### a Delaware limited liability company

    Whereas, it is in the best interest of 4-S Ranch Partners, LLC, a Delaware limited liability company (the "Company") to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

    Be It Therefore Resolved that Stephen W. Sloan, Managing Member of this Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Company;

    Be It Further Resolved that Stephen W. Sloan, Managing Member of this Company, is appointed Responsible Individual and is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case; and

    Be It Further Resolved that Stephen W. Sloan, Managing Member of this Company, is authorized and directed to employ the law firm of Macdonald Fernandez LLP to represent the Company in such bankruptcy case.

## MINUTES OF SPECIAL MEETING OF
## MEMBERS OF
## 4-S RANCH PARTNERS, LLC,
### a Delaware limited liability company

A special meeting of the members of 4-S Ranch Partners, LLC a Delaware limited liability company, was held on October 30, 2019, at Los Banos, California, in person and by telephone or video conference. The following members were present at the meeting:

Stephen W. Sloan

The meeting was duly called to order and it was announced that the meeting was held pursuant to written waiver of notice and consent to the holding of the meeting. It was then moved, seconded and resolved to dispense with the reading of the minutes of the last meeting. Upon motion duly made, seconded, and unanimously carried, the following resolutions were adopted:

Whereas, it is in the best interest of 4-S Ranch Partners, LLC, a Delaware limited liability company (the "Company") to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved that Stephen W. Sloan, Managing Member of this Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Company;

Be It Further Resolved that Stephen W. Sloan, Managing Member of this Company, is appointed Responsible Individual and is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case; and

Be It Further Resolved that Stephen W. Sloan, Managing Member of this Company, is authorized and directed to employ the law firm of Macdonald Fernandez LLP to represent the Company in such bankruptcy case.

There being no further business to come before the meeting, the meeting was duly adjourned.

Date　October 30, 2019　　　　Signed　　*/s/ Stephen W. Sloan*
　　　　　　　　　　　　　　　　　　　　　Stephen W. Sloan,
　　　　　　　　　　　　　　　　　　　　　Managing Member

# WAIVER OF NOTICE AND CONSENT OF HOLDING AND SPECIAL MEETING OF MEMBERS OF
# 4-S RANCH PARTNERS, LLC,
### a Delaware limited liability company

The undersigned members of 4-S Ranch Partners, LLC a Delaware limited liability company, hereby waive notice of and consent to the holding of a special meeting on the 30th day of October, 2019, at Los Banos, California, in person and by telephone or video conference, and agree that business transacted at the meeting shall be as valid and legal and have the same force and effect as though that meeting were held after notice duly given.

Signed:

_____
Stephen W. Sloan

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Stephen W. Sloan, declare under penalty of perjury that I am the duly appointed, qualified and acting Managing Member of 4-S Ranch Partners, LLC a Delaware limited liability company, and that the following is a true and correct copy of the resolutions adopted by the Directors of said company at a special meeting duly called and held on the 30th day of October, 2019.

"Whereas, it is in the best interest of 4-S Ranch Partners, LLC, a Delaware limited liability company (the "Company") to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved that Stephen W. Sloan, Managing Member of this Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Company;

Be It Further Resolved that Stephen W. Sloan, Managing Member of this Company, is appointed Responsible Individual and is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case; and

Be It Further Resolved that Stephen W. Sloan, Managing Member of this Company, is authorized and directed to employ the law firm of Macdonald Fernandez LLP to represent the Company in such bankruptcy case."

Date  October 30, 2019　　　　Signed　　_____
　　　　　　　　　　　　　　　　　　　　　　　Stephen W. Sloan,
　　　　　　　　　　　　　　　　　　　　　　　Managing Member

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **4-S Ranch Partners, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Merced County Tax Collector** 2222 M Street, 1st Floor Merced, CA 95340 | **Karen D. Adams, CPA** taxcollector@co.merced.ca.us (209) 385-7592 | **Property Taxes** | | | | **$367,884.48** |
| **O'Laughlin & Paris LLP** 2617 K Street, Suite 100 Sacramento, CA 95816 | **Valerie C. Kincaid** vkincaid@olaughlinparis.com (916) 993-3962 | **Environmental Attorneys Services** | | | | **$31,800.00** |
| **O. Ray Sheets Accountancy Corporation** 1120 W I Street, Suite A Los Banos, CA 93635 | **O. Ray Sheets, CPA** or@orsac (209) 826-3503 | **Accounting Services** | | | | **$6,139.38** |
| **PG&E** P. O. Box 997300 Sacramento, CA 95889-7300 | (877) 311-3276 | **Name on Account: Sloan Cattle Company, LLC PG&E Line Extension: Well 11, Well 12, Well 13, Well 14, Well 15, Well 16, Well 17** | | | | **$405,186.02** |
| **Rodarakis & Sousa, APC** 100 Sycamore Avenue, Suite 101 Modesto, CA 95354 | **George Rodarakis** GRodarakis@rodsoulaw.com (209) 554-5232 | **Legal Services** | | | | **$91,253.16** |
| **Shannon Pump Co.** 275 S. Highway 59 Merced, CA 95341 | **Christopher Shannon** (209) 723-3904 | **Well Service/ Repair** | | | | **$11,325.59** |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | 4-S Ranch Partners, LLC |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.**  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **February 26, 2020**　　　X **/s/ Stephen W. Sloan**
　　　　　　　　　　　　　　　　　　　　Signature of individual signing on behalf of debtor

　　　　　　　　　　　　　　　　　　　　**Stephen W. Sloan**
　　　　　　　　　　　　　　　　　　　　Printed name

　　　　　　　　　　　　　　　　　　　　**Managing Member**
　　　　　　　　　　　　　　　　　　　　Position or relationship to debtor

# United States Bankruptcy Court
## Eastern District of California

In re **4-S Ranch Partners, LLC** Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Stephen W. Sloan**<br>**264 I Street**<br>**Los Banos, CA 93635-9363** | **Member** | **100%** | **Membership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **February 26, 2020**

Signature **/s/ Stephen W. Sloan**
**Stephen W. Sloan**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Eastern District of California

In re  **4-S Ranch Partners, LLC**　　　　　　　　　　　　　　Case No. _____
　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **4-S Ranch Partners, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February 26, 2020**　　　　　　　　　　/s/ **Reno F.R. Fernandez III**
Date　　　　　　　　　　　　　　　　　**Reno F.R. Fernandez III 251934**
　　　　　　　　　　　　　　　　　　　Signature of Attorney or Litigant
　　　　　　　　　　　　　　　　　　　Counsel for  **4-S Ranch Partners, LLC**
　　　　　　　　　　　　　　　　　　　**Macdonald Fernandez LLP**
　　　　　　　　　　　　　　　　　　　**914 Thirteenth Street**
　　　　　　　　　　　　　　　　　　　**Modesto, CA 95354**
　　　　　　　　　　　　　　　　　　　**(415) 362-0449 Fax:(415) 394-5544**