**3**

MACDONALD | FERNANDEZ LLP
RENO F.R. FERNANDEZ III (SBN 251934)
ALEXANDER K. LEE (SBN 293724)
914 Thirteenth Street
Modesto, CA 95354
Telephone: (209) 521-8100
Facsimile: (415) 394-5544

Attorneys for Debtor in Possession,
4-S RANCH PARTNERS, LLC

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | Case No. 20-10800-B-11 |
| 4-S RANCH PARTNERS, LLC, | Chapter 11 |
| Debtor. | DCN: MF-9 |
| | Disclosure Statement Hearing<br>Date:<br>Time:<br>Place:  2500 Tulare Street<br>          Courtroom 13<br>          Fresno, California |
| | Judge:  Hon. René Lastreto II |

**DECLARATION OF ALEXANDER K. LEE IN SUPPORT OF DISCLOSURE STATEMENT IN SUPPORT OF PROPOSED PLAN OF REORGANIZATION**
**(Dated August 18, 2020)**

I, Alexander K. Lee, declare:

1. I am an attorney admitted to practice law before this Court and an attorney at Macdonald Fernandez LLP, general bankruptcy counsel to the Debtor in Possession, 4-S Ranch Partners, LLC. I am over the age of eighteen. The following facts are true and correct of my own knowledge. If called as a witness, I could and would testify as follows.

2. In response to the objections raised by Sandton and the United States Trustee ("<u>UST</u>") to the Disclosure Statement filed in Support of the Plan Dated May 29, I drafted substantial revisions to address their objections. A Disclosure Statement in Support of the Plan Dated July 13, 2020 ("<u>Amended Disclosure Statement</u>") was filed on or about July 13, 2020.

1

3. At the July 14, 2020 initial hearing on the approval of the Debtor in Possession's disclosure statement, I represented to the Court that additional revisions to the Amended Disclosure Statement were necessary due to a formatting error that caused the numbering of the sections to be misapplied.

4. On August 4, 2020, I had a conversation with Jason Blumberg, trial attorney for the UST, to discuss one more revision to the Plan of Reorganization Dated July 13, 2020 ("Plan Dated July 13") in lieu of a new objection to the Debtor in Possession's disclosure statement. It was agreed that the Debtor in Possession would also remove references to the statutory fees owed to the UST as being subject to a claim allowance procedure from Section 4.1.3 to be consistent with the prior removal of similar references in Section 3.3.3 of the Plan Dated May 29.

5. At the August 11, 2020 hearing on the approval of the Debtor in Possessions amended Disclosure Statement in Support of the Plan Dated July 13, 2020 ("Modified Amended Disclosure Statement") (Dckt. No. 145), I represented to the Court that the only outstanding issue with the Modified Amended Disclosure Statement and Plan Dated July 13 was the need to remove the word "Allowed" from Section 4.1.3 of the Plan Dated July 13 for the reasons discussed in paragraph 6 above. I was unaware of any additional issues at that time.

6. On August 18, 2020 in preparation of service of ballots to classified creditors, I reviewed the Court's claim register, which resulted in a telephone conversation with Lorraine Gonzales of Merced County. It is my understanding that Ms. Gonzales is the same Lorraine Gonzales that filed the proof of claim for Merced County. During the conversation, I was advised that the unsecured priority claim was in error and that Merced County intended to amend their claim to be a fully secured claim. Prior to my call to Merced County on August 18, 2020, no informal or formal objection to the treatment of their claim as an unsecured priority claim was received.

7. Immediately after the phone call with Merced County, I began to draft a new plan of reorganization that classified Merced County as a secured claim. The revised plan, provides that 4-S secure new capital, or new financing or sell the Property within one year of confirmation to satisfy the following class of claims in addition to non-classified claims:

|   |   |   |   |
|---|---|---|---|
| a. | Class 1: | The Allowed Secured Claim of Merced County; |
| b. | Class 2: | The Allowed Secured Claim of Sandton; |
| c. | Class 3: | Allowed claims of general unsecured creditors, and |
| d. | Class 4: | Equity interests of the Debtor. |

8. After review of the relevant case law regarding the modifications to a plan of reorganization after the approval of a disclosure statement, I determined that the reclassification of a previously non-classified claim constitute a substantive modification that required additional disclosures under 11 U.S.C. §1125 prior to plan solicitation. Attached hereto as Exhibit "1" is a redline document comparing the text of the Modified Amended Disclosure Statement (Dckt. No. 145) that was previously approved at the August 18, 2020 hearing and entry of an Order Approving Disclosure Statement and Fixating Time for Filing Acceptance or Rejection of the Plan, Combined with Notice Thereof (Dckt No. 157) with the Disclosure Statement for Plan of Reorganization of 4-S Ranch Partners, LLC Dated August 18, 2020.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 28th day of August, 2020, at Alameda, California.

/s/ Alexander K. Lee
ALEXANDER K. LEE