5

**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Fresno, CA 93720
Telephone: (559) 233-4800
Facsimile: (559) 233-9330

Kurt F. Vote, # 160496
kvote@wjhattorneys.com
Steven K. Vote, # 309152
svote@wjhattorneys.com

Attorneys for: Creditor Sandton Credit Solutions Master Fund IV, LP

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

In re

4-S RANCH PARTNERS, LLC,

Debtor.

EIN# 46-3161963

Address: 264 “I” Street
Los Banos, CA 93635-9363

---

In re

STEPHEN WILLIAM SLOAN,

Debtor.

SSN# XXX-XX-2682

Address: 317 Kingsbury
Aptos, CA 95003

Case No. 20-10800

Chapter 11

DCN: WJH-001

**STIPULATION REGARDING MOTIONS FOR RELIEF FROM STAY**

Evidentiary Hearing:

Date: December 10-11, 2020
Time: 9:30 a.m.
Place: 2500 Tulare Street, 5th Floor
Courtroom 13
Fresno, CA 93721
Judge: Hon. René Lastreto II

Debtor 4-S RANCH PARTNERS, LLC, a Delaware limited liability company ("4-S"), Debtor STEPHEN WILLIAM SLOAN ("Sloan"), and Creditor SANDTON CREDIT SOLUTIONS MASTER FUND IV, LP ("Sandton") hereby agree and stipulate as follows:

1. 4-S and Sloan hereby ratify that the following sums are unconditionally and absolutely owed by them, jointly and severally, to Sandton as of December 8, 2020:

| | |
|---|---|
| Principal | $ 52,036,600.41 |
| Accrued Interest | 7,143,777.65 |
| Accrued Default Interest | 3,048,467.95 |
| Extension Fee | 3,000,000.00 |
| Legal and Other Costs | 601,268.79 |
| Accrued Late Charges | 354,645.92 |
| Unbilled Legal | + 55,774.92 |
| Total | $ 66,240,535.64 |

For each additional day past December 8, 2020, an additional $31,537.33 will be due from 4-S and Sloan, jointly and severally, to Sandton;

2. Payment in full of all sums due to Sandton by 4-S and Sloan, jointly and severally, shall be made on the earlier of the close of the proposed lending transaction or 5 p.m. Pacific time on March 31, 2021;

3. If payment is made to Sandton as a result of the proposed lending transaction, payment shall be made directly from escrow and all monies received by 4-S or Sloan, whether in the form of non-refundable deposits, advances, loan funds, or otherwise, from the proposed lender shall be paid first to Sandton until such time as Sandton is paid in full;

4. If payment is made from any source other than the proposed lending transaction, payment shall be made directly from an escrow and all monies received by 4-S or Sloan, whether in the form of non-refundable deposits, advances, loan funds, or otherwise, from the source of said funds shall be paid first to Sandton until such time as Sandton is paid in full;

5. The Evidentiary Hearings on Sandton's Motions for Relief from Stay, currently scheduled for December 10-11, 2020, shall be vacated;

6. Sandton's Motion for Relief from Stay in *In re 4-S Ranch Partners, LLC* (Case No. 20-10800) (DCN WJH-1) shall be granted, effective April 1, 2021, and the 14-day stay provided by way of Federal Rule of Bankruptcy Procedure 4001(a)(3) shall not apply;

7. Sandton's Motion for Relief from Stay in *In re Stephen William Sloan* (Case No. 20-10809) (DCN WJH-2) shall be granted, effective April 1, 2021, and the 14-day stay provided by way of Federal Rule of Bankruptcy Procedure 4001(a)(3) shall not apply;

8. The relief from stay to be granted in favor of Sandton and against Sloan and 4-S shall be binding in any subsequent bankruptcies filed by Sloan or 4-S or should Sloan and/or 4-S convert either or both of their existing cases;

9. The Court may approve this Stipulation as resolution of the pending Motions for Relief from Stay without further notice under Federal Rule of Bankruptcy Procedure 4001(d)(4);

10. The deadline for Sandton to object to Sloan's discharge in *In re Stephen William Sloan* (Case No. 20-10809) pursuant to 11 U.S.C. § 727 and to object to the dischargeability of certain debts in said case pursuant to 11 U.S.C. § 523 shall be extended to August 31, 2021;

11. Sandton shall be granted standing to pursue avoidance actions under 11 U.SC. § 546 in *In re Stephen William Sloan* (Case No. 20-10809) effective April 1, 2021;

12. To avoid contested confirmation hearings, the existing Chapter 11 Plans of reorganization for 4-S and Sloan shall be amended to include treatment of Sandton which is consistent with the foregoing;

13. The Court shall enter an Order approving this Stipulation and shall retain jurisdiction to enforce or interpret same in the event of a dispute;

14. Sloan's wife, Patti Marie Harrill-Sloan, shall separately execute a Spousal Consent to the entry of Sloan into this Stipulation; and

15. This Stipulation is the product of negotiation and preparation by and among each party and their respective attorneys; therefore, the parties acknowledge and agree that this Stipulation shall not be deemed prepared or drafted by one party or another and should be construed and interpreted accordingly.

Understood and agreed:

Dated: December 8, 2020

*/s/ Stephen William Sloan*
Debtor Stephen William Sloan

Dated: December 7, 2020

Debtor 4-S RANCH PARTNERS, LLC,
a Delaware limited liability company

_____*/s/ Stephen William Sloan*_______
Stephen William Sloan
Its: Sole Manager and Sole Member

Dated: December 7, 2020

Creditor SANDTON CREDIT SOLUTIONS MASTER FUND IV, LP

__________*/s/ Robert Rice*____________
Robert Rice
Its: Authorized Signatory

Approved as to form:

Dated: December 8, 2020

FEAR WADDELL PC

By:_______*/s/Peter L. Fear*_____________
Peter L. Fear
Gabriel J. Waddell
Peter A. Sauer
Attorneys for Debtor
STEPHEN WILLIAM SLOAN

Dated: December 8, 2020

MACDONALD FERNANDEZ LLP

By:_______*/s/ Alexander K. Lee*_________
Reno F.R. Fernandez III
Alexander K. Lee
Attorneys for Debtor
4-S RANCH PARTNERS, LLC,
a Delaware limited liability company

Dated: December 8, 2020

WANGER JONES HELSLEY PC

By: */s/ Kurt F. Vote*
Kurt F. Vote
Steven K. Vote
Attorneys for Creditor
SANDTON CREDIT SOLUTIONS MASTER FUND IV, LP