**4**

**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Fresno, CA 93720
Telephone: (559) 233-4800
Facsimile: (559) 233-9330

Kurt F. Vote, # 160496
kvote@wjhattorneys.com
Steven K. Vote, # 309152
svote@wjhattorneys.com

Attorneys for:      Creditor Sandton Credit Solutions Master Fund IV, LP

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| In re | Case No. 20-10800 |
| 4-S RANCH PARTNERS, LLC, | Chapter 11 |
| Debtor. | DCN: WJH-001 |
| EIN#      46-3161963 | **ORDER APPROVING STIPULATION REGARDING MOTIONS FOR RELIEF FROM STAY** |
| Address:    264 "I" Street<br>Los Banos, CA 93635-9363 | |
| In re | Evidentiary Hearing: |
| STEPHEN WILLIAM SLOAN, | Date: December 10-11, 2020<br>Time: 9:30 a.m. |
| Debtor. | Place: 2500 Tulare Street, 5th Floor<br>Courtroom 13<br>Fresno, CA 93721 |
| SSN#      XXX-XX-2682 | Judge: Hon. René Lastreto II |
| Address:    317 Kingsbury<br>Aptos, CA 95003 | |

RECEIVED
December 08, 2020
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006898053

Good cause appearing, the Court hereby APPROVES the Stipulation entered into between Debtor 4-S RANCH PARTNERS, LLC, a Delaware limited liability company ("4-S"), Debtor STEPHEN WILLIAM SLOAN ("Sloan"), and Creditor SANDTON CREDIT SOLUTIONS MASTER FUND IV, LP ("Sandton"), a copy of which is attached hereto, and ORDERS as follows:

1. 4-S and Sloan, jointly and severally, are indebted to Sandton in the following sums as of December 8, 2020:

| | |
|---|---|
| Principal | $ 52,036,600.41 |
| Accrued Interest | 7,143,777.65 |
| Accrued Default Interest | 3,048,467.95 |
| Extension Fee | 3,000,000.00 |
| Legal and Other Costs | 601,268.79 |
| Accrued Late Charges | 354,645.92 |
| Unbilled Legal | + 55,774.92 |
| Total | $ 66,240,535.64 |

For each additional day past December 8, 2020, an additional $31,537.33 will be due from 4-S and Sloan, jointly and severally, to Sandton;

2. Payment in full of all sums due to Sandton by 4-S and Sloan, jointly and severally, shall be made on the earlier of the close of the proposed lending transaction or 5 p.m. Pacific time on March 31, 2021;

3. If payment is made to Sandton as a result of the proposed lending transaction, payment shall be made directly from escrow and all monies received by 4-S or Sloan, whether in the form of non-refundable deposits, advances, loan funds, or otherwise, from the proposed lender shall be paid first to Sandton until such time as Sandton is paid in full;

4. If payment is made from any source other than the proposed lending transaction, payment shall be made directly from an escrow and all monies received by 4-S or Sloan, whether in the form of non-refundable deposits, advances, loan funds, or otherwise, from the source of said funds shall be paid first to Sandton until such time as Sandton is paid in full;

5. The Evidentiary Hearings on Sandton's Motions for Relief from Stay, currently scheduled for December 10-11, 2020, shall be VACATED;

6. Sandton's Motion for Relief from Stay in *In re 4-S Ranch Partners, LLC* (Case No. 20-10800) (DCN WJH-1) is HEREBY GRANTED and the automatic stay is vacated, effective April

1, 2021, with respect to Sandton's security interest in Merced County Assessor's Parcel Numbers: 049-200-005; 049-200-020; 049-200-022; 049-200-019; 049-200-023; 049-200-017; 049-200-021; 049-200-024; 049-220-018; 049-200-025; 049-220-019; 049-220-016; 049-220-020; 049-240-017; 065-030-004; 049-220-015; and 049-240-016 (the "4-S Property"). The 14-day stay provided by way of Federal Rule of Bankruptcy Procedure 4001(a)(3) shall not apply. Sandton and its agents or representatives shall be free as of April 1, 2021 to pursue all state law remedies to obtain title to and/or possession of the 4-S Property;

7.      Sandton's Motion for Relief from Stay in *In re Stephen William Sloan* (Case No. 20-10809) (DCN WJH-2) is HEREBY GRANTED and the automatic stay is vacated, effective April 1, 2021, with respect to Sandton's security interest in Merced County Assessor's Parcel Numbers: 088-190-018; 090-130-028; 090-140-049; 090-140-048; and 088-180-051 (the "Hamburg Ranch"). The 14-day stay provided by way of Federal Rule of Bankruptcy Procedure 4001(a)(3) shall not apply. Sandton and its agents or representatives shall be free as of April 1, 2021 to pursue all state law remedies to obtain title to and/or possession of the Hamburg Ranch;

8.      The relief from stay granted above in favor of Sandton and against Sloan and against 4-S in Paragraph 6 and 7, above, shall be binding in any subsequent bankruptcy cases which may filed by Sloan and/or 4-S or should Sloan and/or 4-S convert either or both of their existing cases to a different Chapter;

9.      The Court approves the parties' Stipulation as resolution of the pending Motions for Relief from Stay without further notice under Federal Rule of Bankruptcy Procedure 4001(d)(4);

10.      The deadline for Sandton to object to Sloan's discharge in *In re Stephen William Sloan* (Case No. 20-10809) pursuant to 11 U.S.C. § 727 and to object to the dischargeability of certain debts in said case pursuant to 11 U.S.C. § 523 is hereby EXTENDED to August 31, 2021;

11.      Sandton is GRANTED standing to pursue avoidance actions under 11 U.S.C. § 546 in *In re Stephen William Sloan* (Case No. 20-10809) effective April 1, 2021;

12.      To avoid contested confirmation hearings, at least as between the parties to the Stipulation, the existing Chapter 11 Plans of reorganization for 4-S and Sloan shall be amended to include treatment of Sandton which is consistent with the foregoing; and

13.     The Court shall retain jurisdiction to enforce or interpret this Order in the event of a dispute.

**Dated:** Dec 09, 2020                          **By the Court**

Dated:

René Lastreto II, Judge
United States Bankruptcy Court

Approved as to form:

Dated: December 8, 2020                     FEAR WADDELL PC

By: _____ /s/Peter L. Fear_____
Peter L. Fear
Gabriel J. Waddell
Peter A. Sauer
Attorneys for Debtor
STEPHEN WILLIAM SLOAN

Dated: December 8, 2020                     MACDONALD FERNANDEZ LLP

By:_____ /s/ Alexander K. Lee_____
Reno F.R. Fernandez III
Alexander K. Lee
Attorneys for Debtor
4-S RANCH PARTNERS, LLC,
a Delaware limited liability company

**5**

**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Fresno, CA 93720
Telephone: (559) 233-4800
Facsimile: (559) 233-9330

Kurt F. Vote, # 160496
kvote@wjhattorneys.com
Steven K. Vote, # 309152
svote@wjhattorneys.com

Attorneys for:        Creditor Sandton Credit Solutions Master Fund IV, LP

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| In re | Case No. 20-10800 |
| 4-S RANCH PARTNERS, LLC, | Chapter 11 |
| Debtor. | DCN: WJH-001 |
| EIN#        46-3161963 | **STIPULATION REGARDING MOTIONS FOR RELIEF FROM STAY** |
| Address:        264 "I" Street<br>Los Banos, CA 93635-9363 | <u>Evidentiary Hearing</u>: |
| In re | Date: December 10-11, 2020<br>Time: 9:30 a.m. |
| STEPHEN WILLIAM SLOAN, | Place: 2500 Tulare Street, 5th Floor<br>        Courtroom 13<br>        Fresno, CA 93721 |
| Debtor. | Judge: Hon. René Lastreto II |
| SSN#        XXX-XX-2682 | |
| Address:        317 Kingsbury<br>Aptos, CA 95003 | |

Debtor 4-S RANCH PARTNERS, LLC, a Delaware limited liability company ("4-S"), Debtor STEPHEN WILLIAM SLOAN ("Sloan"), and Creditor SANDTON CREDIT SOLUTIONS MASTER FUND IV, LP ("Sandton") hereby agree and stipulate as follows:

1.      4-S and Sloan hereby ratify that the following sums are unconditionally and absolutely owed by them, jointly and severally, to Sandton as of December 8, 2020:

| | |
|---|---|
| Principal | $ 52,036,600.41 |
| Accrued Interest | 7,143,777.65 |
| Accrued Default Interest | 3,048,467.95 |
| Extension Fee | 3,000,000.00 |
| Legal and Other Costs | 601,268.79 |
| Accrued Late Charges | 354,645.92 |
| Unbilled Legal | +    55,774.92 |
| Total | $ 66,240,535.64 |

For each additional day past December 8, 2020, an additional $31,537.33 will be due from 4-S and Sloan, jointly and severally, to Sandton;

2.      Payment in full of all sums due to Sandton by 4-S and Sloan, jointly and severally, shall be made on the earlier of the close of the proposed lending transaction or 5 p.m. Pacific time on March 31, 2021;

3.      If payment is made to Sandton as a result of the proposed lending transaction, payment shall be made directly from escrow and all monies received by 4-S or Sloan, whether in the form of non-refundable deposits, advances, loan funds, or otherwise, from the proposed lender shall be paid first to Sandton until such time as Sandton is paid in full;

4.      If payment is made from any source other than the proposed lending transaction, payment shall be made directly from an escrow and all monies received by 4-S or Sloan, whether in the form of non-refundable deposits, advances, loan funds, or otherwise, from the source of said funds shall be paid first to Sandton until such time as Sandton is paid in full;

5.      The Evidentiary Hearings on Sandton's Motions for Relief from Stay, currently scheduled for December 10-11, 2020, shall be vacated;

6.      Sandton's Motion for Relief from Stay in *In re 4-S Ranch Partners, LLC* (Case No. 20-10800) (DCN WJH-1) shall be granted, effective April 1, 2021, and the 14-day stay provided by way of Federal Rule of Bankruptcy Procedure 4001(a)(3) shall not apply;

STIPULATION REGARDING MOTIONS FOR RELIEF FROM STAY

7.      Sandton's Motion for Relief from Stay in *In re Stephen William Sloan* (Case No. 20-10809) (DCN WJH-2) shall be granted, effective April 1, 2021, and the 14-day stay provided by way of Federal Rule of Bankruptcy Procedure 4001(a)(3) shall not apply;

8.      The relief from stay to be granted in favor of Sandton and against Sloan and 4-S shall be binding in any subsequent bankruptcies filed by Sloan or 4-S or should Sloan and/or 4-S convert either or both of their existing cases;

9.      The Court may approve this Stipulation as resolution of the pending Motions for Relief from Stay without further notice under Federal Rule of Bankruptcy Procedure 4001(d)(4);

10.      The deadline for Sandton to object to Sloan's discharge in *In re Stephen William Sloan* (Case No. 20-10809) pursuant to 11 U.S.C. § 727 and to object to the dischargeability of certain debts in said case pursuant to 11 U.S.C. § 523 shall be extended to August 31, 2021;

11.      Sandton shall be granted standing to pursue avoidance actions under 11 U.SC. § 546 in *In re Stephen William Sloan* (Case No. 20-10809) effective April 1, 2021;

12.      To avoid contested confirmation hearings, the existing Chapter 11 Plans of reorganization for 4-S and Sloan shall be amended to include treatment of Sandton which is consistent with the foregoing;

13.      The Court shall enter an Order approving this Stipulation and shall retain jurisdiction to enforce or interpret same in the event of a dispute;

14.      Sloan's wife, Patti Marie Harrill-Sloan, shall separately execute a Spousal Consent to the entry of Sloan into this Stipulation; and

15.      This Stipulation is the product of negotiation and preparation by and among each party and their respective attorneys; therefore, the parties acknowledge and agree that this Stipulation shall not be deemed prepared or drafted by one party or another and should be construed and interpreted accordingly.

Understood and agreed:

Dated: December 8, 2020

_____*/s/ Stephen William Sloan*_____
Debtor Stephen William Sloan

**STIPULATION REGARDING MOTIONS FOR RELIEF FROM STAY**

Dated: December 7, 2020          Debtor 4-S RANCH PARTNERS, LLC,
                                 a Delaware limited liability company


                                 _____*/s/ Stephen William Sloan*_____
                                 Stephen William Sloan
                                 Its: Sole Manager and Sole Member

Dated: December 7, 2020          Creditor SANDTON CREDIT SOLUTIONS
                                 MASTER FUND IV, LP


                                 _____*/s/ Robert Rice*_____
                                 Robert Rice
                                 Its: Authorized Signatory

Approved as to form:

Dated: December 8, 2020          FEAR WADDELL PC




                                 By:_____*/s/Peter L. Fear*_____
                                 Peter L. Fear
                                 Gabriel J. Waddell
                                 Peter A. Sauer
                                 Attorneys for Debtor
                                 STEPHEN WILLIAM SLOAN

Dated: December 8, 2020          MACDONALD FERNANDEZ LLP




                                 By:_____*/s/ Alexander K. Lee*_____
                                 Reno F.R. Fernandez III
                                 Alexander K. Lee
                                 Attorneys for Debtor
                                 4-S RANCH PARTNERS, LLC,
                                 a Delaware limited liability company

1

2

3　Dated:  December 8, 2020　　　　　　　WANGER JONES HELSLEY PC

4

5

6　　　　　　　　　　　　　By:＿＿＿＿＿＿/s/ Kurt F. Vote＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　Kurt F. Vote

7　　　　　　　　　　　　　　　　　　Steven K. Vote
　　　　　　　　　　　　　　　　Attorneys for Creditor

8　　　　　　　　　　　　　　SANDTON CREDIT SOLUTIONS
　　　　　　　　　　　　　　　MASTER FUND IV, LP

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION REGARDING MOTIONS FOR RELIEF FROM STAY**