**MACDONALD | FERNANDEZ LLP**
Reno F.R. Fernandez III (SBN 251934)
Alexander K. Lee (SBN 293724)
914 Thirteenth Street
Modesto, CA 95354
Telephone: (209) 521-8100

Attorneys for Debtor in Possession,
4-S Ranch Partners, LLC

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| In Re: | Case No. 20-10800-B-11 |
|---|---|
| 4-S RANCH PARTNERS, LLC, | Chapter 11 |
| Debtor. | DCN: MF-14 |
| | Date: April 27, 2021<br>Time: 9:30 a.m.<br>Place: 2500 Tulare Street<br>Courtroom 13<br>Fresno, California |
| | Honorable Judge René Lastreto II |

**EXHIBIT TO THIRD AMENDED DISCLOSURE STATEMENT FOR PLAN OF REORGANIZATION OF 4-S RANCH PARTNERS, LLC DATED MARCH 10, 2021**

| Exhibit | Description | Page |
|---|---|---|
| A | Liquidation Analysis Table | 2 |

# EXHIBIT A

| 4-S Ranch Partners, LLC's Asserted Values | | | | Sandton Credit Solutions Master Fund IV. LP's Asserted Values [1] | | | |
|---|---|---|---|---|---|---|---|
| **Assets** | | | | **Assets** | | | |
| Cash on Hand | | | $0.00 | Cash on Hand | | | $0.00 |
| Accounts Receivable | | | $0.00 | Accounts Receivable | | | $0.00 |
| Inventory | | | | Inventory | | | |
| | | Water Inventory | $200,000,000.00 | | | Water Inventory | Unknown |
| Machinery, Equipment, and Vehicles | | | | Machinery, Equipment, and Vehicles | | | |
| | | 1996 Case Backhoe Loader | $26,308.10 | | | 1996 Case Backhoe Loader | $26,308.10 |
| | | Wells | $1,807,568.00 | | | Wells | Unknown |
| | | Water Delivery System | $248,767.92 | | | Water Delivery System | $248,767.92 |
| | | Well Equipment | $492,351.25 | | | Well Equipment | $492,351.25 |
| Real Property | | | | Real Property | | | |
| | | 4-S Ranch ("Property") | $500,000,000.00 | | | 4-S Ranch ("Property")[2] | $14,985,000.00 |
| Interest in Insurance Policies or Annuities | | | | Interest in Insurance Policies or Annuities | | | |
| | | Umbrella Liability Policy | Unknown | | | Umbrella Liability Policy | Unknown |
| Land Improvements | | | $436,030.52 | Land Improvements | | | Unknown |
| **Total Assets[3]** | | | **$500,026,308.10** | **Total Assets** | | | **$15,011,308.10** |
| Less | | | | Less | | | |
| | Secured Creditors | | $57,264,645.50 | | Secured Creditors | | $57,264,645.50 |
| | (Est.) Capital Gains | | $97,700,000.00 | | (Est.) Capital Gains | | $0.00 |
| | (Est.) Chapter 7 Trustee Fees and Expenses[4] | | $40,052,817.55 | | (Est.) Chapter 7 Trustee Fees and Expenses[5] | | $5,274.99 |
| | Chapter 11 Administrative Expenses | | $325.00 | | Chapter 11 Administrative Expenses | | $325.00 |
| | Priority Claims[6] | | $397,500.28 | | Priority Claims | | $397,500.28 |
| **Total Secured, Administrative and Priority Claims** | | | **$195,415,288.33** | **Total Secured, Administrative and Priority Claims** | | | **$57,667,745.77** |
| (1) | Balance for General Unsecured Creditors | | $304,611,019.77 | (1) | Balance for General Unsecured Creditors | | $0.00 |
| (2) | Total Dollar Amount of General Unsecured Claims | | $551,432.77 | (2) | Total Dollar Amount of General Unsecured Claims[7] | | $551,432.77 |
| | Percentage of Claims Which Unsecured Creditors Would | | 100.00% | | Percentage of Claims Which Unsecured Creditors Would | | 0.00% |
| *Calculation with Water Delivery System and Well Equipment* | | | | *Calculation with Water Delivery System and Well Equipment* | | | |
| **Total Assets** | | | $500,767,427.27 | **Total Assets** | | | $15,752,427.27 |
| Less | | | | Less | | | |
| | Secured Creditors | | $57,661,346.18 | | Secured Creditors | | $57,661,346.18 |
| | (Est.) Capital Gains Tax | | $97,700,000.00 | | (Est.) Capital Gains Tax | | $0.00 |
| | (Est.) Chapter 7 Trustee Fees and Expenses | | $40,112,107.08 | | (Est.) Chapter 7 Trustee Fees and Expenses[8] | | $114,644.18 |
| | Administrative | | $325.00 | | Administrative | | $325.00 |
| | Priority Claims | | $800.00 | | Priority Claims | | $800.00 |
| **Total Secured, Administrative and Priority Claims** | | | **$195,474,578.26** | **Total Secured, Administrative and Priority Claims** | | | **$57,777,115.36** |
| (1) | Balance for General Unsecured Creditors | | $305,292,849.01 | (1) | Balance for General Unsecured Creditors | | $254,957.41 |
| (2) | Total Dollar Amount of General Unsecured Claims | | $551,432.77 | (2) | Total Dollar Amount of General Unsecured Claims[9] | | $551,432.77 |
| | Percentage of Claims Which Unsecured Creditors Would Receive or Retain in Chapter 7 Liquidation | | 100.00% | | Percentage of Claims Which Unsecured Creditors Would Receive or Retain in Chapter 7 Liquidation | | 46.24% |

| Footnotes | |
|---|---|
| 1 | Liquidation analysis is being provided based upon Sandton Credit Solutions Master Fund IV, LP's ("Sandton") asserted values in an effort to provide full disclosure to creditors and parties in interests. |
| 2 | Value based upon a October 2019 appraisal conducted for Sandton that does not include separate values for all associated or appurtenant water, water rights, water-related assets and water interest of the Property. *See* Dckt. No. 21; Dckt. 23, ¶ 13; Dckt. 29-30, Exh. G. |
| 3 | The calculation also does not include any separate value for fixtures of the subject property |
| 4 | Cost of sale is estimated at 8% for all trustee calculations. However, cost can be significantly higher based upon the unique nature of 4-S Ranch. |
| 5 | Analysis assumes that the Chapter 7 Trustee would abandon 4-S Ranch due to the lack of equity based upon Sandton's asserted valuation. Liquidation is based solely on the 1996 Case Backhoe Loader. |
| 6 | California Franchise Tax Board filed a priority tax claim for $800.00 on April 8, 2020 as Claim #3-1. |
| 7 | Secured claim of Sandton is also secured in property of Stephen William Sloan's estate, Hamburg Ranch, and is also personally guaranteed by Mr. Sloan and Patti Marie Harrill-Sloan. Mr. Sloan's bankruptcy schedules reflect $36,582,005.43 in assets including the Hamburg Ranch. 4-S is not certain if there are non-community property assets held by Mrs. Harrill-Sloan to satisfy the amounts owed to Sandton. Therefore, there could be a deficiency claim of up to $6,896,440.07 based upon Sandton's valuation. |
| 8 | Analysis assumes that the Chapter 7 Trustee would abandon 4-S Ranch due to the lack of equity based upon Sandton's asserted valuation. Liquidation is based solely on the 1996 Case Backhoe Loader, Water Delivery System, and Well Equipment. |
| 9 | Secured claim of Sandton is also secured in property of Stephen William Sloan's estate, Hamburg Ranch, and is also personally guaranteed by Mr. Sloan and Mrs. Harrill-Sloan. Mr. Sloan's bankruptcy schedules reflect $36,582,005.43 in assets including the Hamburg Ranch. 4-S is not certain if non-community property assets held by Mrs. Harrill-Sloan are sufficient to satisfy the amounts owed to Sandton. Therefore, there could be a deficiency claim of up to $6,896,440.07 based upon Sandton's valuation, which would lower the percentage of claims which unsecured creditors would receive or retain in a Chapter 7 liquidation 3.42%. |