**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Fresno, CA 93720
Telephone: (559) 233-4800
Facsimile: (559) 233-9330

Kurt F. Vote #160496
kvote@wjhattorneys.com
Steven K. Vote #309152
svote@wjhattorneys.com

Attorneys for:　　Creditor Sandton Credit Solutions Master Fund IV, LP

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| In re<br><br>4-S RANCH PARTNERS, LLC,<br><br>　　　　Debtor.<br><br>EIN#　　46-3161963<br><br>Address:　　264 "I" Street<br>　　　　　　Los Banos, CA 93635-9363 | Case No. 20-10800-B-11<br><br>Chapter 11<br><br>DCN: MF-14<br><br>**DECLARATION OF KURT F. VOTE IN SUPPORT OF OBJECTION TO APPROVAL OF THIRD AMENDED DISCLOSURE STATEMENT FOR THIRD AMENDED PLAN OF REORGANIZATION OF 4-S RANCH PARTNERS, LLC DATED MARCH 10, 2021**<br><br>Date: April 27, 2021<br>Time: 9:30 a.m.<br>Place: 2500 Tulare Street, 5th Floor<br>　　　　Courtroom 13<br>　　　　Fresno, CA 93721<br>Judge: Hon. René Lastreto II |

I, Kurt F. Vote, declare and state as follows:

1. I am a shareholder in the law firm of Wanger Jones Helsley PC, counsel of record for Creditor Sandton Credit Solutions Master Fund IV, LP ("Sandton"). As such, I am an attorney at law duly licensed to practice before this Court, all courts in the State of California, the United States District Courts for the Northern, Eastern, and Southern Districts of California, and before the United States Supreme Court. Unless otherwise qualified, I have personal knowledge of the matters stated hereafter. If called as a witness, I could and would testify competently to the same.

2. On or about March 16, 2021, I contacted counsel for the Debtor 4-S Ranch Partners, LLC ("4-S" or the "DIP") related to the DIP's Third Amended Plan of Reorganization and Third Amended Disclosure Statement. Specifically, I noted the interest rate applicable to Sandton's claim, as described in the Third Amended Disclosure Statement, was inconsistent with the terms of the Stipulation for Relief from the Automatic Stay the parties entered into in December 2020. I requested that the DIP's counsel discuss with his client and offered to prepare a stipulation to revise this language in the Third Amended Disclosure Statement.

3. On or about March 22, 2021, I received a reply from the DIP's counsel. He requested clarification of the contentions from my earlier e-mail regarding the interest rate applicable to Sandton's claim. I responded the same day, providing the requested clarification. The DIP's counsel then responded the next day and indicated he would discuss with his client and get back to me shortly. A true and correct copy of this email correspondence is attached to the Index of Exhibits served and filed herewith as **Exhibit "A."**

4. I never received a response from the DIP's counsel to my proposed stipulation.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that this Declaration was executed by me this 13th day of April, 2021, in Fresno, California.

                                                 _____*/s/ Kurt F. Vote*_____
                                                 Kurt F. Vote