| | |
|---|---|
| 1 | **6** |
| 2 | **WANGER JONES HELSLEY PC** |
| 3 | 265 E. River Park Circle, Suite 310<br>Fresno, CA  93720<br>Telephone: (559) 233-4800 |
| 4 | Facsimile:  (559) 233-9330 |
| 5 | Kurt F. Vote #160496 |
| 6 | kvote@wjhattorneys.com<br>Steven K. Vote #309152 |
| 7 | svote@wjhattorneys.com |
| 8 | Attorneys for:     Creditor Sandton Credit Solutions Master Fund IV, LP |

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | | |
|---|---|---|
| 12 | In re | Case No. 20-10800-B-11 |
| 13 | 4-S RANCH PARTNERS, LLC, | Chapter 11 |
| 14 | Debtor. | DCN:  MF-14 |
| 15-19 | EIN#      46-3161963<br><br>Address:    264 "I" Street<br>              Los Banos, CA 93635-9363 | **INDEX OF EXHIBITS IN SUPPORT OF OBJECTION TO APPROVAL OF THIRD AMENDED DISCLOSURE STATEMENT FOR THIRD AMENDED PLAN OF REORGANIZATION OF 4-S RANCH PARTNERS, LLC DATED MARCH 10, 2021** |
| 20-23 | | Date:  April 27, 2021<br>Time: 9:30 a.m.<br>Place: 2500 Tulare Street, 5th Floor<br>         Courtroom 13<br>         Fresno, CA 93721<br>Judge: Hon. René Lastreto II |

{8643/002/01224871.DOCX}                                    1

| Exhibit No. | Date | Description | Pages | # Pages |
|---|---|---|---|---|
| A | 03/16/21 | E-Mail Correspondence between Sandton's Counsel and the DIP's Counsel | 4 | 3-6 |

DATED: APRIL 13, 2021                    WANGER JONES HELSLEY PC

By: _____*/s/ Kurt F. Vote*_____
Kurt F. Vote
Steven K. Vote
Attorneys for Creditor
Sandton Credit Solutions Master Fund IV, LP

INDEX OF EXHIBITS IN SUPPORT OF OBJECTION TO APPROVAL OF THIRD AMENDED DISCLOSURE STATEMENT FOR THIRD AMENDED PLAN OF REORGANIZATION OF 4-S RANCH PARTNERS, LLC DATED MARCH 10, 2021

**Steven Vote**

| | |
|---|---|
| From: | Alexander K. Lee <ALEX@MacFern.com> |
| Sent: | Tuesday, March 23, 2021 12:21 PM |
| To: | Kurt Vote |
| Cc: | Peter Fear; Steven Vote |
| Subject: | RE: In re 4-S Ranch Partners |

Kurt,

Thank you for your response. I will discuss with Steve and get back to you shortly.

Best regards,

Alexander K. Lee
# MACDONALD | FERNANDEZ LLP
Estate Planning ♦ Business Matters ♦ Commercial Litigation ♦ Bankruptcy

Bay Area Office:
221 Sansome Street, Third Floor
San Francisco, CA 94104
Off. Tel: (415) 362-0449 | Ext. 205 | Direct: (628) 628-3040 | Fax: (415) 394-5544
alex@macfern.com | www.macfern.com

Central Valley Office:
914 Thirteenth Street
Modesto, CA 95354
Tel: (209) 521-8100 | Ext. 205

*The information in this email and any attachments is confidential and may be legally privileged. You may not use or share this information unless you are the intended recipient. If you received this email in error, contact me immediately and delete this email and all attachments. This firm does not provide tax advice. Pursuant to IRS Circular 230, any tax advice cannot be used to avoid tax penalties or promote, market or recommend any transaction or matter.*

**From:** Kurt Vote <kvote@wjhattorneys.com>
**Sent:** Monday, March 22, 2021 3:05 PM
**To:** Alexander K. Lee <ALEX@MacFern.com>
**Cc:** Peter Fear <pfear@fearlaw.com>; Steven Vote <svote@wjhattorneys.com>
**Subject:** RE: In re 4-S Ranch Partners

As for the amount due now, Sandton certainly won't be objecting to the disclosure statement on the basis that using the balance due at the petition date is misleading because it has grown since then. I don't know if others will or not.

As for the interest issue, our view is that referencing 506 unnecessarily injects an issue into the sum due, which was settled and confirmed in the Stipulation for Relief from Stay. Sandton does not agree that it is over-secured and by adding in a reference to 506, there exists an argument that, at least post-confirmation, the Court should use the prime-plus approach ala *Till* rather than continuing at the contract rate until there is a payoff or the properties are sold in foreclosure, whichever occurs first. The Stipulation is clear and has a *per diem* rate which is based on the contract rate. We have already noted to Peter that we agree that any deficiency will be treated as a general unsecured claim and interest will accrue accordingly. The same would be true for the 4-S plan. The references to 506 in the plan and disclosure statement should be stricken.

Proposed Stipulation enclosed.

Kurt F. Vote
WANGER JONES HELSLEY PC
265 E. River Park Circle, Suite 310
Fresno, CA  93720
Phone:  (559) 233-4800 Ext. 126
Fax:  (559) 233-9330
Cell: (559) 289-3144
Website:  www.wjhattorneys.com

This e-mail (including any attachments) is intended for use by the addressee(s) and may contain attorney-client privileged and/or company confidential information.  Do not copy, forward or distribute this e-mail without permission.  If you are not the intended recipient of this e-mail, you are hereby notified that any copying, forwarding or distribution of the e-mail is prohibited.  If you have received this e-mail in error, please notify me immediately and permanently delete the e-mail from your computer and destroy any printout.

To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**From:** Alexander K. Lee [mailto:ALEX@MacFern.com]
**Sent:** Monday, March 22, 2021 11:19 AM
**To:** Kurt Vote <kvote@wjhattorneys.com>
**Cc:** Peter Fear <pfear@fearlaw.com>; Steven Vote <svote@wjhattorneys.com>
**Subject:** RE: In re 4-S Ranch Partners

Good morning Kurt,

Please provide some clarification as to the issue with the interest rate. The Disclosure Statement and Plan both reference that there will be no modification of the interest rate applicable to Santon's secured claim by the Plan. See Disclosure Statement 12:27-28; and Plan 2:22-23. The only limitation on the applicable interest is from 11 USC Section 506 restrictions on interest applicable to an undersecured claim, which is not an involuntary modification being pursued by the Debtor. The prior terms regarding modification of the interest rate to be based upon LIBO's rate plus 4.5% with a floor rate of 5.75% has been removed to follow the treatment in the individual case.

Further, I doubled checked the stipulation and disclosure statement in Steve Sloan's individual case and there was no change in the claim figures referenced for Sandton's claim. A statement regarding pre-petition amounts owed does not prejudice Santon. The amount only provides a snapshot of the debt amount and makes no assertion as to the amount currently owed. However, if Sandton desires a stipulation to put forth the amount owed as of December 8, 2020, I believe we can make that happen to avoid an objection.

Best regards,

Alexander K. Lee
**MACDONALD | FERNANDEZ LLP**
Estate Planning ◆ Business Matters ◆ Commercial Litigation ◆ Bankruptcy

<u>Bay Area Office:</u>
221 Sansome Street, Third Floor
San Francisco, CA 94104
Off. Tel: (415) 362-0449 | Ext. 205 | Direct: (628) 628-3040 | Fax: (415) 394-5544
alex@macfern.com | www.macfern.com

<u>Central Valley Office:</u>
914 Thirteenth Street
Modesto, CA 95354
Tel: (209) 521-8100 | Ext. 205

*The information in this email and any attachments is confidential and may be legally privileged. You may not use or share this information unless you are the intended recipient. If you received this email in error, contact me immediately and delete this email and all attachments. This firm does not provide tax advice. Pursuant to IRS Circular 230, any tax advice cannot be used to avoid tax penalties or promote, market or recommend any transaction or matter.*

---

**From:** Kurt Vote <kvote@wjhattorneys.com>
**Sent:** Tuesday, March 16, 2021 10:42 AM
**To:** Alexander K. Lee <ALEX@MacFern.com>
**Cc:** Peter Fear <pfear@fearlaw.com>; Steven Vote <svote@wjhattorneys.com>
**Subject:** In re 4-S Ranch Partners

Alex:

Thank you for sending over the Third Amended Disclosure Statement and the Further Amended Plan of Reorganization. Sandton has reviewed these documents and, for the most part, has no concerns. However, as with the similar documents from Mr. Sloan, the Class 2 interest rate is inconsistent with the terms of the Stipulation for Relief from Automatic Stay. Further, the reference in the description of the Class 2 claim being in the amount of $57,264,645.50 as of the petition date should also be corrected since the parties have since stipulated to an updated payoff figure of $66,240,535.64 as of December 8, 2020.

To avoid any objections from Sandton to the updated disclosure statement and plan, we propose that the parties enter into a Stipulation to amend the plan and disclosure statement to correct the amount to be paid to Sandton as well as the interest rate to the time that a deficiency, if any, is created. We resolved potential objections to the Sloan Disclosure Statement and Plan in that manner (see enclosed).

Please review this proposal with Mr. Sloan and let me know by March 22, 2021 whether it is agreeable to 4-S. If so, we will prepare the necessary Stipulation for your review.

Kurt F. Vote
WANGER JONES HELSLEY PC
265 E. River Park Circle, Suite 310
Fresno, CA 93720
Phone: (559) 233-4800 Ext. 126
Fax: (559) 233-9330
Cell: (559) 289-3144
Website: www.wjhattorneys.com

This e-mail (including any attachments) is intended for use by the addressee(s) and may contain attorney-client privileged and/or company confidential information. Do not copy, forward or distribute this e-mail without permission. If you are not the intended recipient of this e-mail, you are hereby notified that any copying, forwarding or distribution of the e-mail is prohibited. If you have received this e-mail in error, please notify me immediately and permanently delete the e-mail from your computer and destroy any printout.

To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

---

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

---