UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

In re: 4-S RANCH PARTNERS, LLC

Case No.: 20-10800

**CHAPTER 11 MONTHLY OPERATING REPORT**

Indicate if Amended

MONTH ENDED: 3/31/21

Petition Date: 3/2/20

## SUMMARY OF FINANCIAL STATUS

1. Debtor in possesion (or trustee) hereby submits this Monthly Operating Report on the:
   [ ] CASH  [X] ACCRUAL basis of accounting *(select one)*.

|  | | Current Month | | Cumulative Since Filing |
|---|---|---|---|---|
| 2. Cash Receipts & Disbursements | | | | |
| a. Total Cash Receipts | B | 0.00 | B | 1,442.92 |
| b. Total Cash Disbursements | B | 13.00 | B | 1,368.92 |
| c. Receipts Over/(Under) Disbusements *(Line 2a - 2b)* | B | (13.00) | B | 74.00 |
| d. Cash Balance Beginning of Month and at Filing | A | 87.00 | B/S | 0.00 |
| e. Cash Balance End of Month *(Line 2c + 2d)* | A | 74.00 | B/S | 74.00 |

|  | | End of Current Month | | As of Filing Date |
|---|---|---|---|---|
| 3. Accounts Receivable, Net | C | 0.00 | B/S | 0.00 |
| 4. Inventory | D | 0.00 | B/S | 0.00 |
| 5. Post-Petition/Administrative Liabilities: | | | | |
| a. Post-Petition Accounts Payable | E | 1,959.66 | | N/A |
| b. Post-Petition Professional Fees/Exp Payable | E | 0.00 | | N/A |
| c. Post-Petition Pmts Due to Sec. Creditors/Lessors | E | 53,171,128.79 | | N/A |
| d. U.S. Trustee Fees Due | E | 0.00 | | N/A |
| e. Post-Petition Taxes Payable | F | 216,449.45 | | N/A |
| f. Other Post-Petition Liabilities B/S *(Lines 23, 24, 26 & 27)* | | 0.00 | | N/A |
| g. Unpaid Claims Under 11 U.S.C. § 503(b)(9) | B/S | 0.00 | B/S | N/A |

**During this reporting month:**

| | Yes | No | |
|---|---|---|---|
| 6. | | X | Were any payments made to secured creditors or lessors? *If yes, attach detailed listing.* |
| 7. | | X | Were any payments made on *pre-petition unsecured* debts? *If yes, attach detailed listing.* |
| 8. | | X | Were any payments made to professionals? *If yes, attach a detailed listing.* |
| 9. | | | If the answer to #7 and/or #8 is Yes, were all such payments approved by the court? |
| 10. | | X | Were any payments made to *or on behalf of* owners, officers or other insiders? *If yes, attach detailed listing.* |

**As of the end of this reporting month:**

| | Yes | No | |
|---|---|---|---|
| 11. | X | | Was the estate insured for liability, casualty and/or worker's comp. coverage? *If no, attach explanation.* |
| 12. | X | | Was the Debtor current in the filing of all tax and/or information returns? *If no, attach explanation.* |
| 13. | X | | Was the Debtor current in the payment of all *post-petition* taxes due? *If no, attach explanation.* |

I declare under penalty of perjury that I have reviewed this Monthly Report of Operations and, after making reasonable inquiry, believe that the information is true and correct.

4-15-21     Stephen W. Sloan     *[signature]*

Date       Name of Responsible Individual       Signature of Responsible Individual

FOR MONTH ENDED:　　　3/31/21

## SUMMARY OF FINANCIAL STATUS CONT'D

### 14. LIST OF REQUIRED ATTACHMENTS TO THE MONTHLY OPERATING REPORT

*"X" confirms the following documents are completed and attached:*

| | | |
|---|---|---|
| a. | X | SCHEDULE A - Summary of Cash Accounts; *Indicate "N/A" if the debtor did not have any cash/bank accounts at anytime during the reporting period.* |
| b. | X | SCHEDULE B - Statement of Cash Receipts and Cash Disbursements |
| c. | N/A | SCHEDULE C - Accounts Receivable; *Indicate "N/A" if none.* |
| d. | N/A | SCHEDULE D - Inventory; *Indicate "N/A" if none.* |
| e. | X | SCHEDULE E - Post Petition Liabilities; *Indicate "N/A" if none.* |
| f. | X | SCHEDULE F - Post Petition Federal and State Taxes; *Indicate "N/A" if none.* |
| g. | X | PROFIT/(LOSS) STATEMENT (P/L); *Indicate "N/A" if the debtor received authorization to file Monthly Operating Reports using the "Cash" basis method of accounting.* |
| h. | X | BALANCE SHEET (B/S) |
| i. | N/A | DETAILED LISTINGS required for a "Yes" response to questions #6, 7, 8 and/or 10 on Page 1 *Indicate "N/A" if no detailed listings are required.* |
| j. | N/A | EXPLANATIONS required for a "No" response to questions #11, 12 and/or 13 on Page 1 *Indicate "N/A" if no explanations are required.* |
| k. | N/A | Detailed Transaction Register, Bank Statement and Bank Reconciliation *for each account listed on Schedule A;* Indicate "N/A" if the debtor did not have any cash/bank accounts during the reporting period. |

**If any the following Items are "N/A" (Not Applicable), they do not have to be provided with this Report:**
- SCHEDULE A
- SCHEDULES C and D *(both Schedules must be "N/A")*
- SCHEDULE E *(all sections of Schedule must be "N/A")*
- SCHEDULE F
- PROFIT/(LOSS) STATEMENT
- DETAILED LISTINGS for questions #6, 7, 8 AND 10.
- EXPLANATIONS for questions #11, 12 AND 13.
- DETAILED TRANSACTION REGISTERS, BANK STATEMENTS, BANK RECONCILIATIONS

FOR MONTH ENDED: 3/31/21

## SCHEDULE A
### RECAP OF CASH ACCOUNTS

_____ *Indicate if Debtor did not have any cash/bank accounts during the reporting period.*

| Name of Bank or Cash Account (Incl. pre-petition & DIP accounts) | Account Purpose (i.e. gen, p/r, cc) | Acct # (last 4 digits) | Beginning Balance | (+) Receipts | (+) Disbursements | (+/-) Transfers | Ending Balance | Register, Bank Stmt & Bank Rec. Provided "X" = yes |
|---|---|---|---|---|---|---|---|---|
| WESTAMERICA | neral operati | 9762 | 87.00 | 0.00 | 13.00 | | 74.00 | X |
| | | | | | | | 0.00 | |
| | | | | | | | 0.00 | |
| | | | | | | | 0.00 | |
| | | | | | | | 0.00 | |
| | | | | | | | 0.00 | |
| | | | | | | | 0.00 | |
| | | | | | | | 0.00 | |
| | | | | | | | 0.00 | |
| | Total | | 87.00 | 0.00 | 13.00 | 0.00 | 74.00 | |
| | | | Amt Per Sch B | 0.00 | 13.00 | Amt Per B/S | 74.00 | |
| | | | Diff. *(should be $0)* | 0.00 | 0.00 | Diff. *(should be $0)* | 0.00 | |

### Account Purpose Abbreviations

　　gen　= general operating　　　*Amounts reported on Schedule A MUST be supported by detailed transaction (i.e. check) registers*
　　p/r　= payroll
　　tax　= tax
　　cc　 = cash collateral
　　per　= personal
　　bl　 = blocked
　　cash = cash on hand/petty cash

FOR MONTH ENDED: 3/31/21

## SCHEDULE B
## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

| # | | | Current Month | | Cumulative Since Filing |
|---|---|---|---:|---|---:|
| 1 | **Cash Receipts:** | | | | |
| 2 | Cash sales *(ordinary course cash and merchant credit card sales)* | | 0.00 | | 0.00 |
| 3 | Rents/Leases Collected | | 0.00 | | 0.00 |
| 4 | Accounts Receivable Collected | C | 0.00 | | 0.00 |
| 5 | Interest Received | | 0.00 | | 0.00 |
| 6 | Proceeds from Sale of Estate Asset(s) | | 0.00 | | 0.00 |
| 7 | Borrowings *(from non-insiders)* | | 0.00 | | 0.00 |
| 8 | Funds from Shareholders, Partners or Other Insiders | | 0.00 | | 0.00 |
| 9 | Capital Contributions | | 0.00 | B/S | 100.00 |
| 10 | Other Cash Receipts: | | | | |
| 11 | | | 0.00 | | 0.00 |
| 12 | | | 0.00 | | 1,342.92 |
| 13 | | | 0.00 | | 0.00 |
| 14 | | | 0.00 | | 0.00 |
| 15 | **Total Cash Receipts** | A | 0.00 | | 1,442.92 |
| 16 | **Cash Disbursements:** | | | | |
| 17 | Payments to Vendors for Merchandise | | 0.00 | | 0.00 |
| 18 | Administrative Expenses | | 13.00 | | 26.00 |
| 19 | Payments on Secured Debt *(detailed listing required)* | | 0.00 | | 0.00 |
| 20 | Payments on Pre-Petition Unsecured Debt *(detailed listing required)* | | 0.00 | | 0.00 |
| 21 | Rent/Lease Payments | | 0.00 | | 0.00 |
| 22 | Net Amts Paid to Owner(s), Officers & Insiders *(detailed listing required)* | | 0.00 | | 0.00 |
| 23 | Payroll (less employee withholding) | | 0.00 | | 0.00 |
| 24 | Taxes Paid: | | | | |
| 25 | Employee Withholding | | 0.00 | | 0.00 |
| 26 | Employer Payroll Taxes | | 0.00 | | 0.00 |
| 27 | Sales Taxes | | 0.00 | | 0.00 |
| 28 | Real Property Taxes | | 0.00 | | 0.00 |
| 29 | Other Taxes | | 0.00 | | 0.00 |
| 30 | Payments to Professionals *(detailed listing required)* | E | 0.00 | | 0.00 |
| 31 | Other Cash Disbursements: | | | | |
| 32 | United States Trustee Fees | E | 0.00 | | 0.00 |
| 33 | Draws and Distributions Paid to Owners *(detailed listing required)* | | 0.00 | B/S | 0.00 |
| 34 | MISC. RECEIPT (DEPOSITED BY MISTAKE) | | 0.00 | | 0.00 |
| 35 | (CHECK FOR STEVE SLOAN CASE: 20-10809) | | 0.00 | | 1,342.92 |
| 36 | | | 0.00 | | 0.00 |
| 37 | | | 0.00 | | 0.00 |
| 38 | | | 0.00 | | 0.00 |
| 39 | | | 0.00 | | 0.00 |
| 40 | **Total Cash Disbursements** | A | 13.00 | | 1,368.92 |
| 41 | **Net Increase/(Decrease) in Cash** | | (13.00) | | 74.00 |

SCHEDULE B

FOR MONTH ENDED: 3/31/21

## SCHEDULE E
## POST-PETITION LIABILITIES

### POST-PETITION ACCOUNTS PAYABLE

_Indicate if none_ ___

| # | Item | Amount | | Post-Petition Aging | Amount |
|---|---|---|---|---|---|
| 1 | Ending Balance Reported in Prior Month | 1,959.66 | | | |
| 2 | Add: Debts Incurred this Month | 0.00 | | 0 - 30 Days | 0.00 |
| 3 | Less: Payments Made this Month | 0.00 | | 31 - 60 Days | 0.00 |
| 4 | Subtotal | 1,959.66 | | 61 - 90 Days | 0.00 |
| 5 | Adjustments (+/-) *(Explanation Required)* | | | 90+ Days | 1,959.66 |
| 6 | Ending Balance | 1,959.66 | B/S | | 1,959.66 |

Sloan31

### POST-PETITION PROFESSIONAL FEES & EXPENSES PAYABLE

_X Indicate if none_

| # | Item | Amount | | Post-Petition Aging | Amount |
|---|---|---|---|---|---|
| 7 | Ending Balance Reported in Prior Month | 0.00 | | | |
| 8 | Add: Fees/Exp Incurred this Month | 0.00 | | | |
| 9 | Less: Payments Made this Month | | B | 0 - 30 Days | 0.00 |
| 10 | Less: Retainer(s) Applied this Month | | | 31 - 60 Days | 0.00 |
| 11 | Subtotal | 0.00 | | 61 - 90 Days | 0.00 |
| 12 | Adjustments (+/-) *(Explanation Required)* | | | 90+ Days | 0.00 |
| 13 | Ending Balance | 0.00 | B/S | | 0.00 |

### POST-PETITION PAYMENTS DUE TO SECURED CREDITORS, LESSORS AND OTHER PARTIES TO EXECUTORY CONTRACTS

_Indicate if none_ ___

| # | Item | Amount | | Post-Petition Aging | Amount |
|---|---|---|---|---|---|
| 14 | Ending Balance Reported in Prior Month | 53,171,128.79 | | | |
| 15 | Add: Payments Due this Month | | | 0 - 30 Days | 0.00 |
| 16 | Less: Payments Made this Month | | B | 31 - 60 Days | 0.00 |
| 17 | Subtotal | 53,171,128.79 | | 61 - 90 Days | 53,171,128.79 |
| 18 | Adjustments (+/-) *(Explanation Required)* | | | 90+ Days | 0.00 |
| 19 | Ending Balance | 53,171,128.79 | B/S | | 53,171,128.79 |

### U.S. TRUSTEE QUARTERLY FEES DUE

_X Indicate if none_

| # | Item | Amount | | Post-Petition Aging | Amount |
|---|---|---|---|---|---|
| 20 | Ending Balance Reported in Prior Month | 0.00 | | | |
| 21 | Add: Fees Due this Month | | | 0 - 30 Days | |
| 22 | Less: Payments Made this Month | | B | 31 - 60 Days | |
| 23 | Subtotal | 0.00 | | 61 - 90 Days | |
| 24 | Adjustments (+/-) *(Explanation Required)* | | | 90+ Days | |
| 25 | Ending Balance | 0.00 | B/S | | 0.00 |

*Explanation(s) for any Adjustments to Post-Petition Liabilities:*

SCHEDULE E

FOR MONTH ENDED: 3/31/21

## SCHEDULE F
## POST-PETITION TAXES PAYABLE
*Indicate if none* __

1. Ending Balance Reported for Prior Month　　　　　　　　216,449.45

2. **PAYROLL TAX LIABILITY THIS MONTH**

| | Withholding | Employer | Total |
|---|---|---|---|
| 4. Federal income tax | | | 0.00 |
| 5. FICA | | | 0.00 |
| 6. Medi-care | | | 0.00 |
| 7. State income tax | | | 0.00 |
| 8. State disability | | | 0.00 |
| 9. Federal unemployment | | | 0.00 |
| 10. State unemployment | | | 0.00 |
| 11. Training Tax (ETT) | | | 0.00 |
| 12. Total | 0.00 | 0.00 | |

13. Total Payroll Taxes Incurred this Month　　　　　　　　0.00

14. **OTHER TAX LIABILITIES THIS MONTH**
15. Sales Tax
16. Excise/Use Tax
17. Real Property Tax
18. Personal Property Tax
19. Federal Income Tax
20. State Income or Franchise Tax
21. Other: Real Property Tax
22. Total Other Taxes Incurred this Month　　　　　　　　0.00

23. **SUMMARY OF PAYMENTS MADE THIS MONTH FOR POST-PETITION TAXES:**

| Bank Acct. # (last 4-digits) | Date Paid | Payee & Type of Tax | Check # | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | Total tax payments from *attached listing* | | |

24. Total Payments Made on Post-Petition Tax Debts　　　　　　　　0.00
25. 　　　　　　　　　　　　　　　　　　Ending Balance　　216,449.45

SCHEDULE F

## PROFIT AND LOSS STATEMENT (P/L)
FOR MONTH ENDED: 3/31/21

| | | Current Month | Cumulative Since Filing |
|---|---|---:|---:|
| 1 | **REVENUES** | | |
| 2 | Gross Sales | 0.00 | 0.00 |
| 3 | Less: Sales Returns & Allowances | 0.00 | 0.00 |
| 4 | Less: Collected Taxes Included in Gross Sales | 0.00 | 0.00 |
| 5 | **Net Sales** | **0.00** | **0.00** |
| 6 | Less: Costs of Goods Sold  D | 0.00 | 0.00 |
| 7 | **Gross Profit** | **0.00** | **0.00** |
| 8 | Rents/Leases | 0.00 | 0.00 |
| 9 | Interest | 0.00 | 0.00 |
| 10 | Other: | 0.00 | 0.00 |
| 11 | | 0.00 | 0.00 |
| 12 | | 0.00 | 0.00 |
| 13 | | 0.00 | 0.00 |
| 14 | **TOTAL REVENUES** | **0.00** | **0.00** |
| 15 | **EXPENSES** | | 0.00 |
| 16 | Compensation to Owner(s)/Officer(s)/Other Insider(s) | 0.00 | 0.00 |
| 17 | Payroll | 0.00 | 0.00 |
| 18 | Contract Labor | 0.00 | 0.00 |
| 19 | Rent/Lease | 0.00 | 0.00 |
| 20 | Insurance | 0.00 | 0.00 |
| 21 | Depreciation/Amortization | 13,527.33 | 175,983.65 |
| 22 | Taxes: Employer Payroll | 0.00 | 0.00 |
| 23 | Property Tax | 0.00 | 207,517.58 |
| 24 | Federal & State Income/Franchise | 0.00 | 800.00 |
| 25 | Other: | 0.00 | 0.00 |
| 26 | | 0.00 | 0.00 |
| 27 | Interest | 0.00 | 0.00 |
| 28 | Utilities | 0.00 | 0.00 |
| 29 | Professional Fees/Exp *Unrelated to Bankruptcy* | 0.00 | 574.10 |
| 30 | Repairs and Maintenance | 0.00 | 0.00 |
| 31 | Travel and Entertainment | 0.00 | 0.00 |
| 32 | Other: FINANCE CHARGES | 0.00 | 630.80 |
| 33 | LATE FEES-PROPERTY TAXES | 0.00 | 8,886.63 |
| 34 | BANK FEES | 13.00 | 26.00 |
| 35 | | 0.00 | 0.00 |
| 36 | | 0.00 | 0.00 |
| 37 | **TOTAL EXPENSES** | 13,540.33 | 394,418.76 |
| 38 | **PROFIT/(LOSS) FROM OPERATIONS** | (13,540.33) | (394,418.76) |
| 39 | **REORGANIZATION ITEMS** | | |
| 40 | Professional Fees/Expenses | 0.00 | 0.00 |
| 41 | (Gain)/Loss From Sale of Estate Assets | 0.00 | 0.00 |
| 42 | Other: | 0.00 | 0.00 |
| 43 | U.S. Trustee Quarterly Fees | 0.00 | 0.00 |
| 44 | **TOTAL REORGANIZATION ITEMS** | **0.00** | **0.00** |
| 45 | **NET PROFIT/(LOSS)** | (13,540.33) B/S | (394,418.76) |

PROFIT LOSS STATEMENT

## BALANCE SHEET (B/S)
### AS OF MONTH ENDED: 3/31/21

| # | | | End of Current Month | As of Filing Date |
|---|---|---|---:|---:|
| 1 | **ASSETS** | | | |
| 2 | Cash and Cash Equivalents | A | 74.00 | 0.00 |
| 3 | Accounts Receivable (Net) | C | 0.00 | 0.00 |
| 4 | Inventory | D | 0.00 | 0.00 |
| 5 | Prepaid Expenses | | | 0.00 |
| 6 | Retainer(s) Held by Professionals | | | 0.00 |
| 7 | Commercial Real Property | 10,286,150.00 | | |
| 8 | Commercial Personal Property | 2,297,542.42 | | |
| 9 | Less: Accumulated Depreciation/Depletion | 1,106,053.99 | | |
| 10 | Commercial Property Net of Accumulated Depr/Depl | | 11,477,638.43 | 11,653,622.08 |
| 11 | Loans to Owners/Insiders/Affiliates | | | |
| 12 | Other: DIFERRED UTILITY DISCOUI | | 405,186.02 | 405,186.02 |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | **TOTAL ASSETS** Line 47 | | **11,882,898.45** | **12,058,808.10** |
| 17 | **LIABILITIES and EQUITY** | | | |
| 18 | POST-PETITION LIABILITIES: | | | |
| 19 | Accounts Payable | E | 1,959.66 | N/A |
| 20 | Arrearages on Secured Debt & Executory Contracts | E | 0.00 | N/A |
| 21 | Professional Fees/Exp Payable | E | 0.00 | N/A |
| 22 | Taxes Payable | F | 216,449.45 | N/A |
| 23 | Salaries and Wages Payable | | | N/A |
| 24 | Notes Payable | | | N/A |
| 25 | Other: U.S. Trustee Fees Payable | E | 0.00 | N/A |
| 26 | | | 0.00 | N/A |
| 27 | | | | N/A |
| 28 | **TOTAL POST-PETITION LIABILITIES** | | **218,409.11** | **N/A** |
| 29 | PRE-PETITION LIABILITIES: | | | |
| 30 | Secured Claims | | 53,171,128.80 | 53,171,128.80 |
| 31 | Priority Unsecured Claims: | | | |
| 32 | Tax Claims | | | |
| 33 | Wage Claims | | | |
| 34 | Other: § 503(b)(9) Claims | | | |
| 35 | | | | |
| 36 | **Total Priority Unsecured Claims** | | **0.00** | **0.00** |
| 37 | General Unsecured Claims | | 918,655.81 | 918,655.81 |
| 38 | **TOTAL PRE-PETITION LIABILITIES** | | **54,089,784.61** | **54,089,784.61** |
| 39 | **TOTAL LIABILITIES** | | **54,308,193.72** | **54,089,784.61** |
| 40 | **EQUITY:** | | | |
| 41 | Equity/(Deficit) at Time of Filing | | (42,030,976.51) | (42,030,976.51) |
| 42 | Capital Stock | | | |
| 43 | Paid-in-Capital | | | |
| 44 | Post-Petition Contributions/(Distributions)/(Draws) *from Schedule B* | B | 100.00 | N/A |
| 45 | Post-Pet Profit/(Loss) or Change in Equity from Operations | | (394,418.76) | N/A |
| 46 | **TOTAL EQUITY/(DEFICIT)** | | **(42,425,295.27)** | **(42,030,976.51)** |
| 47 | **TOTAL LIABILITIES AND EQUITY** Line 16 | | **11,882,898.45** | **12,058,808.10** |

# 4S RANCH PARTNERS, LLC-DIP
# Reconciliation Summary
WestAmerica-9762, Period Ending 03/19/2021

|  | Mar 19, 21 |
|---|---|
| **Beginning Balance** | 87.00 |
|    Cleared Transactions | |
|       Checks and Payments - 1 item | -13.00 |
|    Total Cleared Transactions | -13.00 |
| **Cleared Balance** | **74.00** |
| **Register Balance as of 03/19/2021** | 74.00 |
| **Ending Balance** | 74.00 |

# 4S RANCH PARTNERS, LLC-DIP
## Reconciliation Detail
### WestAmerica-9762, Period Ending 03/19/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 87.00 |
|    Cleared Transactions | | | | | | |
|       Checks and Payments - 1 item | | | | | | |
| Check | 03/19/2021 | | | X | -13.00 | -13.00 |
|       Total Checks and Payments | | | | | -13.00 | -13.00 |
|    Total Cleared Transactions | | | | | -13.00 | -13.00 |
| **Cleared Balance** | | | | | -13.00 | 74.00 |
| Register Balance as of 03/19/2021 | | | | | -13.00 | 74.00 |
| **Ending Balance** | | | | | **-13.00** | **74.00** |

**WESTAMERICA BANK**

Account Statement

|  |  |  |
|---|---|---|
| 4-S RANCH PARTNERS LLC　　　　164 | | |
| DEBTOR-IN-POSSESSION,CASE #20-10800 | | |
| 264 I ST | | |
| LOS BANOS CA　　　　　　　　　93635 | | |

If you have any questions about your account please call
**800-848-1088**
CUSTOMER SERVICE

**ACCOUNT NUMBER**
976-2

STATEMENT DATE　　CYCLE
03/19/21　　13

ITEMS ENCLOSED　　PAGE
0　　1

YEAR-TO-DATE INTEREST
---

| PREVIOUS BALANCE | CHECKS AND WITHDRAWALS | | DEPOSITS AND CREDITS | | INTEREST MINUS CHARGES | NEW BALANCE |
|---|---|---|---|---|---|---|
| | NUMBER | AMOUNT | NUMBER | AMOUNT | | |
| 87.00 | 0 | .00 | 0 | .00 | 13.00- | 74.00 |

## ACCOUNT ACTIVITY

BUSINESS INTEREST CHECKING　　- - CURRENT RATE　　.01%

30 DAYS THIS CYCLE　ANNUAL PERCENTAGE YIELD EARNED　.00%

- - - - - - - -WITHDRAWALS-FEES-CHARGES- - - - - - - - -

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/19 | SERVICE CHARGE | 13.00 |

DID YOU KNOW MOBILE CHECK DEPOSIT IS AVAILABLE
WITH THE STARCONNECT PLUS MOBILE BANKING APP?
DOWNLOAD THE APP TO YOUR MOBILE DEVICE TODAY!

## BALANCE SUMMARY

| DATE | BALANCE |
|---|---|
| PREVIOUS BALANCE | |
| 02/17 | 87.00 |
| 03/19 | 74.00 |
| NEW BALANCE | |
| 03/19 | 74.00 |

**EXTRA CASH LINE OF CREDIT CUSTOMERS** YOUR ACCOUNT DETAILS ARE LISTED BELOW. **LATE PAYMENT WARNING** IF YOUR MINIMUM PAYMENT IS NOT RECEIVED BY THE PAYMENT DUE DATE YOU MAY BE CHARGED A LATE FEE OF $5.

| PREVIOUS BALANCE | ADVANCES AND DEBITS | | PAYMENTS AND CREDITS | | INTEREST CHARGED | FEES CHARGED | NEW BALANCE |
|---|---|---|---|---|---|---|---|
| | NUMBER | AMOUNT | NUMBER | AMOUNT | | | |

| LINE OF CREDIT | CREDIT AVAILABLE | ANNUAL PERCENTAGE RATE | DAILY PERIODIC RATE | PAYMENT PAST DUE + PAYMENT THIS PERIOD = MINIMUM PAYMENT DUE | PAYMENT DUE DATE | YEAR-TO-DATE INTEREST PAID |
|---|---|---|---|---|---|---|

THANK YOU FOR BANKING WITH US. **NOTICE: SEE 'BACK OF STATEMENT' TAB FOR IMPORTANT INFORMATION.**